Mack Latz, Respondent, v. Herman B. Blumenthal, Defendant, and Solomon Blumenthal, Appellant, Transacting Business under the Firm Name of Blumenthal Brothers & Company.— Judgment affirmed, with costs, with leave to defendant to amend as stated in order on payment of costs in this court and in the court below. No opinion. Order filed.

Louise Essewein, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $3,650.48; in which event judgment as modified and order affirmed, without costs. No opinion. Settle order on notice.

Julius Willsen, as Administrator, etc., of Lawrence Willsen, Deceased, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order granting extra allowance reversed and judgment modified as directed in order, and as modified judgment and order denying motion for new trial affirmed, without costs. No opinion. Order filed.

August Koelsch, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $4,163.08, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

R. Montgomery Schell and Others, Individually and as Ancillary Administrators, c. t. a. on the Estate of William C. Stout, Deceased, Appellants, v. J. Herbert Carpenter, Individually, and, as Trustee under the Will of Aquila C. Stout, Deceased, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Order filed.

Joseph Blaustein, as Administrator, etc., of Samuel Blaustein, Deceased, Respondent, v. Dry Dock, East Broadway and Battery Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

William Watson and Paul Pfleiderer, Respondents, v. John E. Chilberg and George H. Strout, Appellants.— Judgment and order affirmed, with costs. No opinion. Order filed.

David Hann and Gussie Hann, Respondents, v. Max Brettler and Oswin Stühmer, Appellants.— Determination, orders and judgment affirmed, with costs, and judgment absolute ordered against the appellants under the stipulation, with costs of the action. No opinion. Order filed.

De Elbert A. Reynolds, Appellant, v. Samuel H. Mildenberg, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Plaintiff, v. Andrew Gilhooly, Defendant.— Exceptions overruled and judgment ordered on the verdict, with costs, on the authority of *Schlesinger* v. *Kelly* (114 App. Div. 546.) Settle order on notice.

Arthur F. Duffey, Appellant, v. James E. Sullivan, as Treasurer of the Amateur Athletic Union of the United States, Respondent.— Appeal from decision dismissed, with ten dollars costs; judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion. Order filed.

Maurice Warnier, Appellant, v. Louisa A. Bayerle (Formerly Louisa A. Marvin), Respondent, Impleaded with Emma L. Fender.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas Gentile, Appellant, v. Newbold T. Lawrence and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Appraisal under the Transfer Tax Act of the Estate of Meyer Guggenheim, Deceased. Isaac Guggenheim and Others, as Executors, etc., of Meyer Guggenheim, Deceased, and Others, Appellants; The Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Edward E. Pabst, Appellant, v. James W. Stevenson, as Commissioner of Bridges of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Maurice Berger, Respondent, v. Camille Weidenfeld, Appellant, Impleaded with Thomas W. Lawson, Defendant, Copartners Composing the Firm of Law-